# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| NEW RISE BRAND HOLDINGS, LLC,<br><br>            Plaintiff,<br><br>            v.<br><br>BURLINGTON MERCHANDISING CORP. and BURLINGTON STORES, INC.,<br><br>            Defendants. | Case No.: 17-CV-2780<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for NEW RISE BRAND HOLDINGS, LLC hereby certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    NONE

                                        Respectfully submitted,

Dated: New York, New York        By: /s/ Chester Rothstein
       May 4, 2017                         Chester Rothstein
                                                Marc Jason
                                                Jessica Capasso
                                        AMSTER, ROTHSTEIN & EBENSTEIN LLP
                                        Attorneys for New Rise Brand Holdings, LLC
                                        90 Park Avenue
                                        New York, New York 10016
                                        Tel. No.: (212) 336-8000
                                        Fax No.: (212) 336-8001

654369.1