

New York

Los Angeles

Philadelphia

630 Third Avenue, 17th Floor, New York, New York 10017
tel 212.486.2400  fax 212.486.3099  www.leaderberkon.com

June 23, 2017

**Submitted via ECF**

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Chambers 1350
New York, NY 10007

      Re:   *New Rise Brand Holdings, LLC v. Burlington Merchandising Corp. et al*;
             **Case No. 17-cv-02780 (PAC)(GWG)**

Dear Judge Crotty:

      Defendants Burlington Merchandising Corp. and Burlington Stores, Inc. (collectively "Burlington") submit this letter on behalf of both parties to inform the Court that Burlington and Plaintiff New Rise Brand Holdings, LLC have settled this matter in principle.  Once the settlement is finalized, the parties will endeavor to file a stipulation of dismissal of this action (to be so ordered by Your Honor) as soon possible.  In light of the foregoing, Burlington will not be responding, in any way, to the Complaint.

      Thank you for your attention to this matter.

                    Respectfully Submitted,

                    LEADER & BERKON LLP

                  By:/s/ James K. Leader
                    JAMES K. LEADER
                    jkleader@leaderberkon.com
                    BRIAN K. CIFUENTES
                    bcifuentes@leaderberkon.om
                    630 Third Avenue, 17th Floor
                    New York, New York 10017
                    T:  (212) 486-2400
                    F: (212) 486-3099

                  *Attorneys for Defendants Burlington Merchandising*
                  *Corp. and Burlington Stores, Inc.*

cc:      All Counsel of Record