UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x

NEW RISE BRAND HOLDINGS, LLC,

        Plaintiff,

v.

BURLINGTON MERCHANDISING CORP. and
BURLINGTON STORES, INC.,

        Defendants.

---------------------------------------- x

Case No. 17-CV-2780 (PAC)(GWG)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff New Rise Brand Holdings, LLC ("Plaintiff"), by and through its counsel and pursuant to F.R.C.P. 41(a)(1)(A)(ii), and with the stipulation of counsel for Defendants Burlington Merchandising Corp. and Burlington Stores, Inc. ("Defendants"), hereby dismisses with prejudice Plaintiff's claims and causes of action against Defendants, each party to bear its own costs.

New York, New York
Dated: July 19, 2017

| AMSTER, ROTHSTEIN & EBENSTEIN LLP | LEADER & BERKON LLP |
|---|---|
| By: /s/ Chester Rothstein<br>Chester Rothstein, Esq.<br>90 Park Avenue<br>New York, NY 10016<br>Tel (212) 336-8050<br>*Attorneys for Plaintiff* | By: /s/ James K. Leader<br>James K. Leader, Esq.<br>630 Third Avenue<br>New York, New York 10017<br>Tel (212) 486-2400<br>*Attorneys for Defendants* |

SO ORDERED:

_____
      U.S.D.J.