Chotty, P.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  August 4, 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NEW RISE BRAND HOLDINGS, LLC,

             Plaintiff,

          v.

BURLINGTON MERCHANDISING CORP. and
BURLINGTON STORES, INC.,

             Defendants.

Case No. 17-CV-2780 (PAC)(GWG)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff New Rise Brand Holdings, LLC ("Plaintiff"), by and through its counsel and

pursuant to F.R.C.P. 41(a)(1)(A)(ii), and with the stipulation of counsel for Defendants

Burlington Merchandising Corp. and Burlington Stores, Inc. ("Defendants"), hereby dismisses

with prejudice Plaintiff's claims and causes of action against Defendants, each party to bear its

own costs.

New York, New York
Dated: July 19, 2017

AMSTER, ROTHSTEIN & EBENSTEIN LLP

By _____

Chester Rothstein, Esq.
90 Park Avenue
New York, NY 10016
Tel (212) 336-8050
*Attorneys for Plaintiff*

LEADER & BERKON LLP

By: _____

James K. Leader, Esq.
630 Third Avenue
New York, New York 10017
Tel (212) 486-2400
*Attorneys for Defendants*

SO ORDERED:

_____
U.S.D.J.

8/4/2017